United States District Court
Southern District of New York

-----------------------------------------------------------x

Darling Capital, LLC, a New York Limited  Case No. 16-cv-08943 PKC (AJP)
Liability Company,

v.

Newgioco Group, Inc., formerly Empire
Global Corp., a Delaware
Corporation, and Michele Ciavarella,
Canadian citizen,

Defendants.

-----------------------------------------------------------x

## STIPULATED JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/17

Plaintiff and Counterdefendant, Darling Capital, LLC, a New York Limited Liability Company ("Darling"), on the one hand, and Defendants and Counterclaimants, Newgioco Group, Inc., formerly Empire Global Corp. ("NewGioco"), and Michele Ciavarella, the Chief Executive Officer of NewGioco (collectively, "Defendants"), on the other hand, pursuant to a Settlement Agreement executed on or around May 15, 2017, a true and correct copy of which is attached hereto, stipulate to this Judgment.

WHEREFORE, for good cause, this Court hereby orders, adjudges and decrees as follows:

1. Defendants, jointly and severally, shall pay the sum of $1,000,000 to Darling, plus interest thereon at the default rate of 22% per annum, as set forth in the Parties' Note, calculated from the date of the Settlement Agreement, until paid in full (any payment having been made after May 15, 2017 from Defendants to Darling to offset such debt as of the date paid);

2. Defendants, jointly and severally, are ordered and hereby enjoined to comply with Warrant #15 and Warrant #15.1, without setoff or defenses, pursuant to the terms of each such Warrant; and

3. This Court reserves jurisdiction to enforce the terms of the Settlement Agreement and to adjudicate any and all claims and disputes thereunder, including to enforce the attorneys' fee provision in favor of the prevailing party.

[Intentionally left blank. Signature page to follow:]

**SO STIPULATED:**

Dated: May 15, 2017

By: _____
Michele Ciavarella, as CEO of
Newgioco Group, Inc., formerly Empire
Global Corp., and in his Individual Capacity

By: _____
Michael Goldstein
DILLON HOROWITZ & GOLDSTEIN LLP
11 Hanover Square - 20th Floor
New York, NY 10005
(212) 248-4900
(212) 248-2848 fax
Attorneys for Defendants and Counterclaimants

Dated: May 15, 2017

By: _____
Yosef Levin
Darling Capital, LLC

By: _____
Stanley C. Morris
CORRIGAN & MORRIS LLP
201 Santa Monica Boulevard, Suite 475
Santa Monica, CA 90401-2212
310-394-2800
(310) 394-2825 fax
Attorneys for the Plaintiff and Counterclaim Defendants

**IT IS SO ORDERED:**

Dated: _____

Judge, United States District Court
Southern District of New York

**SO STIPULATED:**

Dated: May 15, 2017

By: _____
Michele Ciavarella, as CEO of
Newgioco Group, Inc., formerly Empire
Global Corp., and in his Individual Capacity


By: _____
Michael Goldstein
DILLON HOROWITZ & GOLDSTEIN LLP
11 Hanover Square - 20th Floor
New York, NY 10005
(212) 248-4900
(212) 248-2848 fax
Attorneys for Defendants and Counterclaimants

Dated: May 15, 2017

By: _____
Yosef Levin
Darling Capital, LLC

By: _____
Stanley C. Morris
CORRIGAN & MORRIS LLP
201 Santa Monica Boulevard, Suite 475
Santa Monica, CA 90401-2212
310-394-2800
(310) 394-2825 fax
Attorneys for the Plaintiff and Counterclaim Defendants

**IT IS SO ORDERED:**

Dated: June 30, 2017

_____
Judge, United States District Court
Southern District of New York

*Case is closed. July 18 conference is VACATED.*

2

05/15/2017