UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
DARLING CAPITAL LLC, a New York Limited Liability   : Case No.: 16-cv-08943-(PKC)
Company,                                             :
                                                     :
               Plaintiff,            : **NOTICE OF MOTION**
                                                     :
   - against -                                  :
                                                     :
NEWGIOCO GROUP, INC., formerly EMPIRE                :
GLOBAL CORP. a Delaware Corporation and MICHELE      :
CIAVARELLA, a Canadian Citizen                       :
                                                     :
               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     PLEASE TAKE NOTICE, that the undersigned, attorneys for plaintiff Union Capital LLC, will move this Court, located at the United States Courthouse**,** 500 Pearl Street, New York, N.Y. 10007 at a time and date to be determined by the Court, for an Order granting plaintiff a judgment against defendants, jointly and severally, for plaintiff's attorney's fees, pursuant to the Settlement Agreement, dated on or about May 15, 2017, and in accordance with the Judgment entered in this action, dated on or about June 30, 2018.

Dated: May 16, 2018
       New York, New York

                                           LAW OFFICE OF JEFFREY FLEISCHMANN PC
                                           By: /s/Jeffrey Fleischmann
                                           Jeffrey Fleischmann, Esq.

                                            *Attorneys for Darling Capital LLC*
                                            150 Broadway, Suite 900
                                            New York, N.Y. 10038
                                            Tel. (646) 657-9623
                                            Fax (646) 351-0694
                                            jf@lawjf.com